# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | |
|---|---|
| **JAMES MICHAEL ISERNIA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Case No. 4:22-cv-00022 |
| v. | ) |
| | ) |
| **DANVILLE REGIONAL MEDICAL CENTER, LLC,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the Parties hereby jointly stipulate to the dismissal of the above-styled action and all claims asserted therein with prejudice. The Parties will bear their respective fees and costs in this action.

Dated: November 13, 2025

 /s/ *Thomas E. Strelka*
Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh Rhoads, Esq. (VSB# 73355)
VIRGINIA EMPLOYMENT LAW
4227 Colonial Ave.
Roanoke, VA 24018
Tel: 540-283-0802
thomas@vaemployment.law
leigh@vaemployment.law

*Counsel for Plaintiff*

AGREED:

*/s/ Yvette V. Gatling*
Yvette V. Gatling, Esq. (VSB# 92824)
Anthonia Remi Omidiji, Esq. (VSB# 99889)
Lauren M. Bridenbaugh, Esq. (VSB# 90586)
LITTLER MENDELSON, P.C.
1800 Tysons Blvd, Suite 500
Tysons Corner, VA 22102
Tel: (703) 286-3143
Fax: (703) 842-8211
YGatling@littler.com
romidiji@littler.com
lbridenbaugh@littler.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served via the court's electronic filing system on the 13th day of November, 2025 upon the following:

Yvette V. Gatling, Esq. (VSB# 92824)
Anthonia Remi Omidiji, Esq. (VSB# 99889)
Lauren M. Bridenbaugh, Esq. (VSB# 90586)
LITTLER MENDELSON, P.C.
1800 Tysons Blvd, Suite 500
Tysons Corner, VA 22102
Tel: (703) 286-3143
Fax: (703) 842-8211
YGatling@littler.com
romidiji@littler.com
lbridenbaugh@littler.com

*Counsel for Defendants*

                                                    */s/ Thomas E. Strelka*
                                                    Thomas E. Strelka